# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:06CR91 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARCUS COTY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of First Assistant Federal Public Defender Shannon P. O'Connor and the Office of the Federal Public Defender for the District of Nebraska to withdraw as counsel for the defendant, Marcus Coty (Coty) (Filing No. 31). Mr. O'Connor represents he has a conflict of interest in this matter. Mr. O'Connor's motion to withdraw (Filing No. 31) is granted. Ernest H. Addison, Jr., 6842 Pacific Street, Omaha, NE 68106, (402) 558-0902, is appointed to represent Coty for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. O'Connor shall forthwith provide Mr. Addison with the discovery materials provided the defendant by the government and such other materials obtained by Mr. O'Connor which are material to Coty's defense.

The clerk shall provide a copy of this order to Mr. Addison who shall enter his appearance in this matter forthwith.

**IT IS SO ORDERED.**

DATED this 14th day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge