# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR91 |
| Plaintiff, | ) | |
| V. | ) | ORDER |
| MARCUS COTY, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion to Continue Sentencing. Having reviewed the motion, the Court finds that it should be granted. Accordingly,

IT IS ORDERED:

1. The Defendant's Motion to Continue Sentencing (Filing No. 38) is granted;

2. The hearing scheduled for 3:30 p.m. today is cancelled, and the Defendant's sentencing hearing is rescheduled for Monday, October 16, 2006, at 3:30 p.m., in Courtroom No. 2, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 18th day of September, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge