# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:06CR91 |
| vs. | ) | ORDER |
| MARCUS COTY, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Timothy L. Ashford to withdraw as counsel for the defendant, Marcus Coty (Coty) (Filing No. 80). The court held a hearing on the motion on November 26, 2012. The court determined the attorney-client relationship had ruptured to the point where the motion should be granted. Mr. Ashford's motion to withdraw (Filing No. 80) is granted. John J. Ekeh, 1904 Farnam Street, Suite 610, Omaha, NE 68102-1970, (402) 345-7562, is appointed to represent Coty for the balance of these proceedings pursuant to the Criminal Justice Act.

The clerk shall provide a copy of this order to the Federal Public Defender.

**IT IS SO ORDERED.**

DATED this 26th day of November, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge