# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR91 |
| Plaintiff, | ) | |
| | ) | 8:15CR194 |
| vs. | ) | |
| | ) | ORDER |
| MARCUS COTY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Jeffrey L. Thomas and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Marcus Coty (Coty) (Filing No. 125 in 8:06CR91)(Filing No. 16 in 8:15CR194). A hearing was held on the motions on August 11, 2015 and the motions were granted. Mr. Thomas's and the Office of the Federal Public Defender's motions to withdraw (Filing No. 125 in 8:06CR91)(Filing No. 16 in 8:15CR194) are granted. Dana C. Bradford, III,1620 Dodge Street, Suite 1800, Omaha, NE 68102, (402) 342-4200, is appointed to represent Coty for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Thomas shall forthwith provide Mr. Bradford with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Thomas which are material to Coty's defense.

The clerk shall provide a copy of this order to Mr. Bradford, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**
DATED this 12th day of August, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge